UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA STATE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-0698** |
| **KIM ROBERT HOGAN** | **SECTION "B"(1)** |

### ORDER

Before the Court is the United States of America's Motion to Dismiss Subpoena Enforcement Proceeding as Moot, set for hearing September 6, 2006 (Doc. Rec. No. 5). Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. To date, the defendant has not responded to this motion.

Accordingly, as this motion is unopposed, and, further, it appearing to the Court that the motion has merit, **IT IS ORDERED** that the motion is **GRANTED**, and that this subpoena enforcement proceeding be **DISMISSED**.

New Orleans, Louisiana, this 13th day of September, 2006.

**IVAN L. R. LEMELLE**
**UNITED STATES DISTRICT JUDGE**